IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WANDA MARIE ALLEN, Plaintiff and on behalf of Simpson, Ri'za Marie;<br><br>Plaintiff,<br><br>vs.<br><br>LATONYA UNK LAST NAME, LACROSSHA UNK LAST NAME, UNK FIRST NAME RESERVICY, MARIE UNK LAST NAME, MICHELLE BOBIER, STEPHANIE GONZALEZ, RENEE UNK LAST NAME, and JESSICA ESPENOZA,<br><br>Defendants. | 8:25CV631<br><br>MEMORANDUM AND ORDER |

On November 10, 2025, the Court ordered Plaintiff to update her address with the Court within 30 days or face dismissal of this action. Filing No. 8. To date, Plaintiff has not updated her address or taken any other action in this matter.

IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this Court's orders. The Court will enter judgment by a separate document. Plaintiff's pending motion, Filing No. 3, is denied as moot.

Dated this 15th day of December, 2025.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge